# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN STEVEN OLAUSEN,

     Petitioner,

vs.

E. K. MCDANIEL,

     Respondent.

Case No. 3:05-cv-00631-LRH-RAM

**ORDER**

     On May 11, 2006, this court transferred this action to the United States Circuit Court of Appeal for the Ninth Circuit for dismissal as an impermissible successive petition for writ of habeas corpus. The file was so transmitted on May 19, 2006 (ECF No. 10) and the case was administratively closed by the Clerk of Court. For more than nine years there was nothing pending before this court.

     On November 20, 2015, Petitioner filed a motion for recusal of district judge on the ground that the undersigned's son had become Washoe County District Attorney in January 2015. Washoe County is where Petitioner's criminal proceedings occurred (ECF No. 12). The motion was denied by the court on December 22, 2015 (ECF No. 13). On January 19, 2016, Petitioner filed a motion for relief from judgment and orders, and a renewed motion to disqualify United States district court judge (ECF Nos. 14, 15) upon substantially the same grounds raised in his recusal motion in ECF No. 12.

///

///

1    These motions are duplicative and, good cause appearing, ECF Nos. 14 and 15 are hereby
2    denied upon the grounds set forth in the court's previous denial in ECF No. 13.
3    IT IS FURTHER ORDERED that a certificate of appealability is denied.
4    IT IS SO ORDERED.
5    DATED this 26th day of September, 2016

                                              _____
                                              LARRY R. HICKS
                                              UNITED STATES DISTRICT JUDGE

-2-